UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 21-10354-WGY |
| | ) |
| v. | ) Violation: |
| | ) |
| MICHAEL LOPES, a/k/a "Meech," | ) <u>Count One</u>: Conspiracy to Distribute and |
| Defendant | ) Possess with Intent to Distribute Cocaine, |
| | ) Cocaine Base, and Methamphetamine |
| | ) (21 U.S.C. § 846) |
| | ) |
| | ) <u>Forfeiture Allegation</u>: |
| | ) (21 U.S.C. § 853) |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>
(Conspiracy to Distribute and Possess With Intent to Distribute Cocaine,
Cocaine Base, and Methamphetamine)
(21 U.S.C. §§ 841(a)(1))

The United States Attorney charges that:

From a time unknown to the United States, but from at least in or about February 2021 and continuing until in or about April 2022, in Boston, Braintree, and Weymouth in the District of Massachusetts, and Pawtucket, in the District of Rhode Island, the defendant, MICHAEL LOPES, a/k/a "Meech," conspired with ANTHONY CENTEIO, a/k/a "Wheezy," a/k/a "Taliban Wheeze," and other persons known and unknown to the United States to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, cocaine base, and methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

The United States Attorney further alleges:

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Superseding Information, the defendant,

MICHAEL LOPES, a/k/a "Meech,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

The property to be forfeited includes, but is not limited to, the following:

   a.  $28,102 in United States currency seized on April 15, 2022, comprised of $2,342 seized from 38 Arch Street, Pawtucket, Rhode Island, and $25,760 seized from 46 Francis Street, Rehoboth, Massachusetts.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:

Christopher Pohl
Charles Dell'Anno
Assistant U.S. Attorneys

3